**Opinion filed August 9, 2018**



## In The

# Eleventh Court of Appeals

_____

## No. 11-18-00170-CR

_____

## WILLIE EUGENE NELSON, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 350th District Court**

**Taylor County, Texas**

**Trial Court Cause No. 13139-D**

### M E M O R A N D U M   O P I N I O N

Appellant, Willie Eugene Nelson, entered into a plea agreement with the State and pleaded guilty to the offense of attempting to take a weapon from an officer. He pleaded true to one enhancement allegation, and the State waived one enhancement allegation. In accordance with the terms of the plea agreement, the trial court assessed Appellant's punishment at confinement in a state jail facility for twenty-two months. Appellant filed a pro se notice of appeal. We dismiss the appeal.

This court notified Appellant by letter that we had received information from the trial court that this is a plea bargain case in which Appellant has no right of

appeal. *See* TEX. R. APP. P. 25.2(a)(2), (d). We requested that Appellant respond and show grounds to continue the appeal. Appellant's counsel has responded with a motion to withdraw in which he states that Appellant does not have the right to appeal. Appellant has also filed a pro se response, but nothing in that response provides a basis upon which this appeal may continue.

Rule 25.2(a)(2) provides that, in a plea bargain case in which the punishment does not exceed the punishment agreed to in the plea bargain, "a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." The documents on file in this appeal reflect that Appellant entered into a plea bargain, that his punishment was assessed in accordance with the plea bargain, and that the trial court certified that Appellant has no right of appeal. Both the plea bargain agreement and the trial court's certification were signed by Appellant, Appellant's counsel, and the judge of the trial court. The documents on file in this court support the trial court's certification. *See Dears v. State*, 154 S.W.3d 610, 613–14 (Tex. Crim. App. 2005). Accordingly, we must dismiss this appeal without further action. TEX. R. APP. P. 25.2(d); *Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006).

The appeal is dismissed.

August 9, 2018                                                    PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Willson, J.,
Bailey, J., and Wright, S.C.J.[1]

Willson, J., not participating.

_____

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.